UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>    Plaintiff,<br><br>  v.<br><br>J. TRUETT; et al.,<br><br>    Defendants.<br>_____ / | No. C 13-2721 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 22, 2013

                                                      _____
                                                      SUSAN ILLSTON
                                                    United States District Judge