UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | No. C 13-2721 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. TRUETT; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 22, 2013

_____
SUSAN ILLSTON
United States District Judge